UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| ERIC J. PAYNE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| V. | § | CIVIL NO: 5:07-CV-162 |
| | § | Judge Folsom/ |
| | § | Magistrate Judge Everingham |
| PETE GEREN, Secretary of the Army, | § | |
| | § | |
| Defendant. | § | |

## ORDER VACATING MEDIATION REQUIREMENT

Having considered the parties' Notice Regarding Mediation and Joint Motion to Amend Scheduling Order, the Court VACATES the January 15, 2010 mediation deadline set forth in the Court's June 8, 2009 Scheduling Order.

SIGNED this 23rd day of June, 2009.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE